UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Antwon Maurice Bayard,<br><br>　　　　　　　Petitioner,<br>　v.<br>Howard Skolnik, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:09-cv-00476-RCJ-VPC<br><br>ORDER |

Petitioner Antwon Maurice Bayard's 28 U.S.C. § 2254 habeas corpus petition was dismissed on June 9, 2010, and judgment was entered (ECF Nos. 40, 41). More than eight years later, on September 25, 2018, Bayard filed a motion for writ of execution, which appears to seek more than ten million dollars from respondents (ECF No. 56). The motion is frivolous and is denied.

**IT IS THEREFORE ORDERED** that petitioner's motion for writ of execution (ECF No. 56) is **DENIED**.

DATED: This 6th day of November, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1