UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Antwon Maurice Bayard,<br><br>                Petitioner,<br>    v.<br>Howard Skolnik, et al.,<br><br>                Respondents. | Case No. 3:09-cv-00476-RCJ-VPC<br><br>ORDER |

Petitioner Antwon Maurice Bayard's 28 U.S.C. § 2254 habeas corpus petition was dismissed on June 9, 2010, and judgment was entered (ECF Nos. 40, 41). More than nine years later Bayard filed yet another motion for writ of execution, which appears to seek hundreds of millions of dollars from respondents (ECF No. 65). The motion is frivolous and is denied.

**IT IS THEREFORE ORDERED** that petitioner's motion for writ of execution (ECF No. 65) is **DENIED**.

DATED: 30 July 2019

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1