UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Antwon Maurice Bayard,<br><br>      Petitioner,<br> v.<br>Howard Skolnik, et al.,<br><br>      Respondents. | Case No. 3:09-cv-00476-RCJ-VPC<br><br>ORDER |

  Petitioner Antwon Maurice Bayard's 28 U.S.C. § 2254 habeas corpus petition was dismissed on June 9, 2010, and judgment was entered (ECF Nos. 40, 41).  More than ten years later Bayard filed yet another motion for writ of execution, which appears to seek hundreds of thousands of dollars from respondents (ECF No. 68).  The motion is frivolous and is denied. The court will grant his motion for a copy of the order dismissing his petition (ECF No. 67).

  **IT IS THEREFORE ORDERED** that petitioner's motion for writ of execution (ECF No. 68) is **DENIED**.

  **IT IS FURTHER ORDERED** that petitioner's motion for copy of dismissal order (ECF No. 67) is **GRANTED**. The Clerk **SHALL SEND** to petitioner one copy of the order dated June 9, 2010 at ECF No. 40.

DATED: 22 September 2020.

                _____
                ROBERT C. JONES
                UNITED STATES DISTRICT JUDGE