UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTWON MAURICE BAYARD,<br><br>Petitioner,<br><br>v.<br><br>HOWARD SKOLNIK, et al.,<br><br>Respondents. | Case No. 3:09-cv-00476-RCJ-CLB<br><br>ORDER |

Petitioner Antwon Maurice Bayard's 28 U.S.C. § 2254 habeas corpus petition was dismissed on June 9, 2010, and judgment was entered (ECF Nos. 40, 41). Nearly twelve years later Bayard has filed two motions re: clerical error (ECF Nos. 70, 71). Bayard asserts that respondents' motion to dismiss (ECF No. 18) was inadvertently filed in this case even though it was a motion to dismiss his 42 U.S.C. § 1983 civil rights action. He is incorrect. Respondents moved in this case to dismiss this habeas petition, and the court granted the motion (ECF Nos. 18, 40).

**IT IS THEREFORE ORDERED** that petitioner's two motions re clerical error (ECF Nos. 70, 71) are both **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

DATED: 5 April 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1